FILED

OCT 5 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LARRY A. GRIMES, Sr.,

               Petitioner - Appellant,

   v.

H. A. RIOS, Jr., Warden,

               Respondent - Appellee.

No. 10-15603

D.C. No. 1:09-cv-02002-OWW

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of California
Oliver W. Wanger, District Judge, Presiding

Submitted September 27, 2011[**]

Before:    HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

    Federal prisoner Larry A. Grimes, Sr., appeals pro se from the district

court's judgment dismissing his 28 U.S.C. § 2241 habeas petition. We have

jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

      [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

      [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Grimes contends that the district court erred by dismissing his petition because a parole violation warrant, lodged as a detainer, violates his rights by remaining unexecuted while he serves his sentence for a 2003 bank robbery. Grimes is not currently suffering any loss of liberty because of the unexecuted parole violation warrant. He has no right to disposition of the parole violation warrant prior to the expiration of his current sentence. *See Moody v. Daggett*, 429 U.S. 78, 86-87 (1976); *United States v. Garrett*, 253 F.3d 443, 447-48 (9th Cir. 2001). Grimes's remaining contentions lack merit.

**AFFIRMED.**